**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JEANNE BRENAN,**

               **Plaintiff,**

**-vs-**                                                    **Case No.  6:04-cv-1483-Orl-18JGG**

**THRIFTY NICKEL OF ORLANDO, INC., W.J.
BAUER, INC., d/b/a Thrifty Nickel Want Ads,
CLAYTON FERRILL,**

               **Defendants.**

_____

## **ORDER**

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.

It is **SO ORDERED** in Orlando, Florida, this 26th day of April, 2005.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge